# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ALDIFONSO GONZALES
REG. #92754-079                                                                                         PETITIONER

V.                                         2:08CV00035 JTR

T.C. OUTLAW, Warden,
FCI Forrest City                                                                                         RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE